2572.  BURRUSS-MANLEY CO. *v.* LEWIS.

POWELL, J.  1. It is not valid ground for the dismissal of a petition for certiorari that one of the attorneys in the case wrote the answer of the magistrate, though this would be ground for exception to the answer.  See *Kelly* v. *Young*, ante, 551.

2. The judge had the discretion to sustain the certiorari and grant a new trial (irrespective of whether the reason assigned be meritorious or not), as the evidence was conflicting.          *Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Certiorari; from Morgan superior court—Judge Lewis.  March 17, 1910.

*M. C. Few,* for plaintiff.

*J. S. Grant, E. R. Lambert,* for defendant.